THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
     *v.* WILLIAM C. HAMILTON, Appellant.

*Crimes — coercion — conviction affirmed.*

*People* v. *Hamilton*, 183 App. Div. 55, affirmed.

(Argued December 6, 1920; decided December 31, 1920.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered May 17, 1918, which affirmed a judgment of the
Court of Special Sessions of the Peace in the city of New
York convicting the defendant of the crime of coercion
in violation of section 530 of the Penal Law.

*Charles S. Mackenzie, Almuth C. Vandiver* and *Lanman
Crosby* for appellant.

*Edward Swann, District Attorney (John Caldwell Myers*
and *Robert S. Johnstone* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.